# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

Civil Division

FILED
CHARLOTTE, NC

MAY 29 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| JOSE EDUARDO RIOS<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>SENIOR TLC<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:25-cv-363-MOC<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

　A. **The Plaintiff(s)**

　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Jose Eduardo Rios |
| Street Address | 808 East Third Avenue |
| City and County | Gastonia |
| State and Zip Code | North Carolina 28054 |
| Telephone Number | (704) 421-0689 |
| E-mail Address | Jerios68@yahoo,com |

　B. **The Defendant(s)**

　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Senior TLC
- Job or Title (if known): Health Center
- Street Address: 1875 Remount Road
- City and County: Gastonia
- State and Zip Code: North Carolina 28054
- Telephone Number: (704) 874-0600
- E-mail Address (if known): Unknown

Defendant No. 2
- Name: NA
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: NA
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: NA
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983 42 - Civil action for deprivation of rights.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Case 3:25-cv-00363-MOC-DCK   Document 1   Filed 05/29/25   Page 3 of 6

Page 3 of 6

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On June 1, 2024, I became a member of the Senior TLC Health Center program. Since then, I had reported two grievances against staff of Senior TLC, for unprofessional behavior against me. Because for those reports, I have experienced retaliation, and the violation of my civil rights, as a senior patient. I have received an inhumane treatment at the defendant's health center. I have been denied of a safe environment, and reasonable protection from harm of severe episodes of depression and anxiety triggered by the retaliation, and persistent discrimination that I have been exposed to. The administration has been indifferent, and has denied my request for adjustment in my personal treatment plan. I am a 70 years old Latino male, livng alone, and without family in N.C.. I have been receiving medical services, to manage a history of Diabetes, Prostate cancer, a Spine fusion, and high blood pressure. Stress can affect my health. I have been living a successful life in recovery of substance abuse for 23 years; however, I am at risk of relapse, in losing my health, and all that I have accomplished, because the defendant, is violating my civil rights, and dignity in neglecting the mental, and emotional services that are needed to survive isolation, and the oppression caused by retaliation. My Latino friends, at the center, are my primary support system, and the defendant has prohibited my right to private conversation with them in seeking for support, among other civil rights violations. I am a retired social worker, who is aware of my right for self-determination regarding my treatment plan, which has to be for my interest as a patient. I am requesting to this honorable court to make justice in this claim in protecting the plaintiff's civil rights, and dignity.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Compensatory Damages
Liability for noneconomic damages to compensate for pain, suffering, emotional distress, inconvenience, and any other nonpecuniary compensatory damage for the period of one year:
1. Severe Stress Effects and Risk of Suicidal ideation on Mental Health History of Chronic Depression and Anxiety: $ 100,000.
2. Severe Stress in avoiding a deadly relapse of 23 Year in Recovery and Sobriety of Alcohol and Substance Use Disorder: $100,000
3. Severe Stress Effects and Risk on loss of Prostate Cancer Remission: $ 100,000.
4. Severe Stress Effects and Complications on Lumbar Fusion Surgery Healing: $ 100,000.
5. Severe Stress of Public Humiliation before residents and staff at the Senior TLC Center with intent of program Eviction: $100,000.
Total of Compensatory Damages: $500,000.00
6. In addition of compensatory damages, Punitive Damages should be awarded to prevent future misconduct, by making an example for the indifference, and intentional disrespect to the rights and safety of others, resulting in injury, damage, or other harm, including death,

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 27, 2025.

Signature of Plaintiff  *[signed]* Jose E Rios, MSW, PRO SE

Printed Name of Plaintiff  Jose Eduardo Rios, MSW, PRO SE

### B. For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |